# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00557-EWN-PAC

QFA ROYALTIES LLC and
QIP HOLDER LLC

        Plaintiffs,

v.

HARINDERPAL S. AHLUWALIA,

        Defendant.

## ORDER RE: PLAINTIFFS' MOTION TO VACATE HEARING ON PRELIMINARY INJUNCTION, NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO STAY THE CASE

THE COURT having reviewed Plaintiffs' Motion to Vacate Hearing on Preliminary Injunction, Notice of Withdrawal of Motion for Preliminary Injunction and Motion to Stay the Case, the file in this matter and being fully advised does hereby

ORDER that the hearing on Plaintiff's Motion for Preliminary Injunction set for April 6, 2006 at 9:00 a.m. is hereby VACATED and this case is hereby stayed indefinitely.  Plaintiffs are to provide a status report within the next 60 days.

DONE this 4th day of April 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge